UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JMG GROUP LLC,
                Plaintiff,

v.

ANTHONY SASSO and ARTISIAN CAPITAL
PARTNERS,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 8520 (VB)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/20/20]

    By Order dated October 20, 2020, the Court ordered plaintiff to submit **by October 27, 2020**, a letter explaining in detail the (i) the citizenship of every party in this case (including their constituent members) so that the Court can determine whether it has subject matter jurisdiction; and (ii) why the case is properly designated for assignment to the White Plains courthouse under Rule 18. (Doc. #3).

    To date, plaintiff has not responded to the October 20 Order.

    Accordingly, the Court sua sponte extends to **November 3, 2020**, plaintiff's time to respond to the October 20 Order. **If plaintiff fails to respond by November 3, 2020, the Court will dismiss this case without prejudice for failure to prosecute or comply with Court Orders. See Fed. R. Civ. P. 41(b).**

Dated: October 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge